IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MILDRED LEE HEREFORD
COOKS,
    Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-2714-TWT

ORDER

This is an action to review the decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending affirming the decision of the Commissioner. The Plaintiff was thirty-five years old at the time of her application for Social Security disability benefits. She had previously been employed as a payroll clerk. She suffers from diabetes, hypertension and obesity. The ALJ found that she had the capacity to engage in medium work. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the decision to deny the application should be affirmed. The Court approves and

adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is AFFIRMED.

SO ORDERED, this 17 day of February, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge